

RECEIVED
IN MONROE, LA.
JUN 2 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| STANLEY THOMAS | * | CIVIL ACTION NO. 11-1300<br>Section P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| OUACHITA CORRECTIONAL<br>CENTER, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff Stanley's Motion for Summary Judgment [Doc. No. 29] be **DENIED.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 32] filed by Defendant Nurse Dona Norman is **GRANTED**, judgment is rendered in favor of this Defendant, and Plaintiff's claims against her are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs claims against the Ouachita Correctional Center are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court declines to exercise jurisdiction over any remaining state law claims, and those claims are **DISMISSED**

**WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 12 day of June 2012.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**